UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAIROBY HERNANDEZ, INDIVIDUALLY,
AND ON BEHALF OF ALL OTHERS              22-cv-5091 (JGK)
SIMILARLY SITUATED,
                                         ORDER
                    Plaintiff,

        - against -

K&N'S FOODS USA, LLC,

                    Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The plaintiff may file an amended complaint by August 12, 2022. If the plaintiff files an amended complaint, then the defendant may move or answer with respect to the amended complaint by September 2, 2022. If there is a motion, the plaintiff should respond by September 16, 2022. The defendant may reply by September 26, 2022. If there is an answer, then the parties should submit a Rule 26(f) report by September 16, 2022.

    If the plaintiff does not file an amended complaint, then the defendant may file a motion to dismiss the original complaint by August 19, 2022. The plaintiff's response to any motion to dismiss the original complaint is due by September 2, 2022. The defendant may reply by September 12, 2022.

The defendant may move to dismiss the original complaint or any amended complaint without a pre-motion conference. The conference scheduled for July 29, 2022, is canceled.

**SO ORDERED.**

Dated:    New York, New York
         July 21, 2022

                                    _____
                                         John G. Koeltl
                                    United States District Judge