UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAIROBY HERNANDEZ,

               Plaintiff,          22-cv-5091 (JGK)

    - against -                    ORDER

K&N'S FOODS USA, LLC,

               Defendant.

---

On August 19, 2022, the plaintiff in this action filed an amended complaint. See ECF No. 13. Pursuant to an Order of this Court (ECF No. 12), the defendant was required to move or answer by September 9, 2022. To date, the defendant has not answered or otherwise responded to the amended complaint.

The time for the defendant to move or answer is extended to **November 23, 2022.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:    New York, New York
            November 9, 2022

                                      John G. Koeltl
                                  United States District Judge