UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAIROBY HERNANDEZ,

                Plaintiff,          22-cv-5091 (JGK)

      - against -              ORDER

K&N'S FOODS USA, LLC,

                Defendant.

---

    The plaintiff in this action filed an opposition to the defendant's motion to dismiss on December 13, 2022 (ECF Nos. 18-19). To date, the defendant has not filed a reply in support of its motion to dismiss. Any reply should be filed on or before **January 13, 2023**. If no reply is filed by that date, the Court will decide the motion to dismiss on the current papers.

SO ORDERED.

Dated:    New York, New York
           January 5, 2023

                                            John G. Koeltl
                                      United States District Judge