UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAIROBY HERNANDEZ,

                        **Plaintiff,**           22-cv-5091 (JGK)

        - against -               ORDER

K&N'S FOODS USA, LLC,

                       **Defendant.**

---

The extended deadline for the defendant to file a reply in support of its motion to dismiss, January 13, 2023, has passed without any reply from the defendant. See ECF No. 20. Thus, as stated in this Court's January 5, 2023 Order, the Court will decide the motion to dismiss on the current papers. Id.

The defendant is directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed motion to dismiss (ECF No. 16).

SO ORDERED.

Dated:    New York, New York
           January 5, 2023

                               John G. Koeltl
                       United States District Judge